**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**

| | | |
|---|---|---|
| BARBARA BULLOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 5:13-cv-36 |
| vs. | ) | |
| | ) | |
| COMMERCIAL RECOVERY | ) | |
| SYSTEMS, INC., | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, BARBARA BULLOCK, by and through her attorney, Mitchel E. Luxenburg, and hereby notifies the Court that a Settlement Agreement has been reached. The parties will file the appropriate Notice of Dismissal with the Court, subsequent to completion of the settlement agreement between the parties.

/s/ Mitchel E. Luxenburg
Mitchel E. Luxenburg (42021)
Luxenburg & Levin, LLC
Attorney for Plaintiff
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 301 (phone)
(866) 551-7791 (facsimile)
Mitch@LuxenburgLevin.com

## CERTIFICATE OF SERVICE

I, Mitchel E. Luxenburg, attorney for the Plaintiff, certify that I served a copy of Plaintiff's Notice of Settlement upon:

Commercial Recovery Systems, Inc.
c/o Tim Ford
8035 East R.L. Thornton Freeway
Suite 305
Dallas, TX 75228

by placing the same in the U.S. First Class Mail on May 16, 2013, with proper postage prepaid thereon.

/s/ Mitchel E. Luxenburg
Mitchel E. Luxenburg (42021)
Attorneys for Plaintiff
Luxenburg & Levin, LLC
23875 Commerce Park
Suite 105
Beachwood, OH 44122-5452
(888) 493-0770, ext. 301 (phone)
(866) 551-7791 (facsimile)
mitch@LuxenburgLevin.com